Circuit granted. *Mr. Stephen J. Cox, Mr. Arthur M. Hood* and *Mr. Cyrus M. Anderson* for petitioners. *Mr. George Bayard Jones, Mr. Thomas F. Sheridan* and *Mr. William S. Jackson* for respondents.

---

No. 864. CLAY COOKE *v.* UNITED STATES. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. J. A. Templeton, Mr. E. C. Brandenburg, Mr. Charles A. Boynton* and *Mr. E. Howard McCaleb* for petitioner. No brief filed for the United States.

---

No. 879. NORTH CAROLINA RAILROAD COMPANY *v.* C. D. STORY, SHERIFF OF ALAMANCE COUNTY, NORTH CAROLINA, ET AL. April 7, 1924. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. S. R. Prince, Mr. H. O'B. Cooper, Mr. W. M. Hendren* and *Mr. L. E. Jeffries* for petitioner. *Mr. W. P. Bynum* and *Mr. R. C. Strudwick* for respondents.

---

No. 883. ROSCOE IRWIN, FORMER COLLECTOR, ETC. *v.* E. PALMER GAVIT. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt*, Assistant Attorney General, and *Mr. Sewall Key* for petitioner. *Mr. Neile F. Towner* for respondent.

---

No. 778. AMERICAN RAILWAY EXPRESS COMPANY *v.* COMMONWEALTH OF KENTUCKY. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the State of Kentucky granted. *Mr. Charles W. Stockton* for petitioner. No brief filed for respondent.